Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| IAN SOLOMAN, | Federal Case No.: 5:16-CV-02188-BLF |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Ian Soloman and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
//

1

1   DATED:  June 22, 2016                Sagaria Law, P.C.

2                                        By:      /s/ Elliot W. Gale
                                                        Elliot W. Gale
3                                        Attorneys for Plaintiff
4                                        Ian Soloman

5

6   DATED:  June 22, 2016                Nokes & Quinn

7

8                                        By:      /s/Thomas P. Quinn, Jr.
                                                        Thomas P. Quinn, Jr.
9                                        Attorneys for Defendant
10                                       Equifax, Inc.

11

12  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13  Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

    /s/ Elliot Gale
14

15                                  **[PROPOSED] ORDER**

16          Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

17          IT IS SO ORDERED.

18

19
    DATED:_____          _____
20                                  BETH L. FREEMAN
                                    UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                        2