Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| IAN SOLOMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 5:16-cv-02188-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　IT IS HEREBY STIPULATED by and between plaintiff Ian Soloman and defendant Experian Information Solutions, Inc., that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

DATED:  March 7, 2017                    Sagaria Law, P.C.

                                         By: _____*/s/ Elliot W. Gale*_____
                                                  Elliot W. Gale
                                         Attorneys for Plaintiff
                                         Ian Soloman


DATED: March 7, 2017                     Jones Day


                                         By: _____*/s/Celia M. Jackson*_____
                                                  Celia M. Jackson
                                         Attorneys for Defendant
                                         Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:_____                  _____
                                         BETH L. FREEMAN
                                         UNITED STATES DISTRICT JUDGE